UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § § | |
| TAMMIE TERRELL FULLER | § § | CHAPTER 13 |
| DEBTOR | § § | CASE NO. BK 19-31905-CLH |

| | | |
|---|---|---|
| TAMMIE TERRELL FULLER | § § | |
| PLAINTIFF, | § | AP NO. 23-03003-CLH |
| V. | § § | |
| UNITED STATES DEPARTMENT OF EDUCATION, ET AL | § § § § | |
| DEFENDANTS | § | |

## ANSWER TO COMPLAINT
## BY EDUCATIONAL CREDIT MANAGEMENT CORPORATION

Defendant Educational Credit Management Corporation (hereinafter "ECMC") answers the Plaintiff's Complaint (Doc. 1) ("Complaint") as follows:

1. Admit.

2. Admit.

3. Admit except that the underlying bankruptcy case number listed is incorrect. Further, ECMC also consents to the entry of final orders and judgment by this Court in this adversary proceeding.

4. Admit.

5. Admit.

6. Deny. ECMC, a not-for-profit Minnesota corporation, is a specialized student loan guarantor providing guaranty services on loans made under the Federal Family Education Loan Program ("FFELP") to the U.S. Department of Education and other

lenders and guarantors. By virtue of its status as current guarantor of some of Plaintiff's student loans, ECMC admits that it is a proper party in interest in this matter.

7. ECMC is without sufficient information at this time to admit or deny the allegations in Paragraph 7 of Plaintiff's Complaint. As such, the same is denied.

8. ECMC is without sufficient information at this time to admit or deny the allegations in Paragraph 8 of Plaintiff's Complaint. As such, the same is denied.

9. ECMC is without sufficient information at this time to admit or deny the allegations in Paragraph 9 of Plaintiff's Complaint. As such, the same is denied.

10. ECMC is without sufficient information at this time to admit or deny the allegations in Paragraph 10 of Plaintiff's Complaint. As such, the same is denied.

11. ECMC is without sufficient information at this time to admit or deny the allegations in Paragraph 11 of Plaintiff's Complaint. As such, the same is denied.

ECMC denies that Plaintiff is entitled to the relief requested in the "WHEREFORE" paragraph and all subparts thereto.

## **AFFIRMATIVE DEFENSES**

### **First Defense**

a. Except where specifically admitted or admitted with qualification, ECMC denies each and every allegation of the Complaint and demands strict proof thereof.

### **Second Defense**

b. Repayment of the student loan debt will not cause an undue hardship for Plaintiff.

### **Third Defense**

c. Plaintiff may maintain a minimal standard of living and repay his student loan debt.

### **Fourth Defense**

d.  Plaintiff's current conditions are not likely to persist throughout the repayment period.

### Fifth Defense

e.  Plaintiff has not made good faith efforts to repay the debt.

### Sixth Defense

f.  Plaintiff has not exhausted her administrative remedies.

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Attorney for Educational Credit Management Corporation
Our File No. 53385.073

OF COUNSEL

ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200 (35401)
Post Office Box 2727
Tuscaloosa, Alabama 35403-2727
Telephone: (205) 344-5000
ksodergren@rosenharwood.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following:

***By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid thereon and properly addressed to the following:***

Tammie Terrell Fuller
Plaintiff
84 Travis Ridge
Deatsville, AL 36022

***Via the Court's Electronic mailing service (CM/ECF):***

David Weston (lgraham@awf.law *via CM/ECF Noticing Services*)
Attorney for Plaintiff
7515 Halycon Pointe Drive
Montgomery, AL 36117


Audrey L. Willis (Audrey.Willis@usdoj.gov *via CM/ECF Noticing Services*)
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197

This the 22nd day of May, 2023.

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Counsel for Education Credit Management
Corporation